UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 08, 2026
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

No: 24-3084

Raymond Kelley

Plaintiff - Appellee

v.

Chad Pruett, Sergeant, Badge No. F8, Faulkner County Sheriff's Office; Terry Roper, Deputy, Faulkner County Sheriff's Office

Defendants - Appellants

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00141-KGB)

**JUDGMENT**

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

January 08, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler